UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

RHYNETTIA B..,[1]

        *Plaintiff,*

        *v.*                   No. 1:22-cv-504-MG-JRS

KILOLO KIJAKAZI, Acting Commissioner of the
Social Security Administration,

        *Defendant.*

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

Having this day issued its Entry Reviewing the Commissioner's Decision, the Court now

**AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against Plaintiff, and

in favor of Defendant, such that Plaintiff shall take nothing by way of the Complaint.


Date: 3/21/2023

                                       Mario Garcia
                                       United States Magistrate Judge
Roger A.G. Sharpe, Clerk                   Southern District of Indiana

BY: _____

    Deputy Clerk, U.S. District Court


**Distribution via ECF only to all counsel of record.**

---

[1] To protect the privacy interests of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.